**Order entered October 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00101-CR

## NATALIO JUAREZ, JR., Appellant

### V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F13-30483-Y

## ORDER

The Court **REINSTATES** the appeal.

On July 23, 2014, we denied court reporter Sharon Hazlewood's second request for an extension of time to file the reporter's record and ordered the trial court to make findings. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel timely requested the reporter's record; (4) Ms. Hazlewood determined she did not record the proceedings on January 15, 2014, but she was able to locate a logbook that indicated Peri Wood was probably the court reporter who recorded the proceedings; and (5) Ms. Hazlewood and Ms. Wood need thirty days from the October 1, 2014 findings to file the reporter's record.

We **ORDER** Sharon Hazlewood, as official court reporter of the Criminal District Court No. 7, to coordinate with Peri Wood and all other court reporters who recorded proceedings in this case, to file the complete record, including exhibits by **WEDNESDAY, NOVEMBER 5, 2014**. Because the record is already several months overdue, no further extensions will be granted. If the record is not filed by the date specified, the Court will order that Sharon Hazlewood and Peri Wood not sit as court reporters until the complete record is filed in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; the Honorable Jennifer Balido, Presiding Judge, 291st Judicial District Court; Sharon Hazlewood, official court reporter, Criminal District Court No. 7; Peri Wood, official court reporter, 291st Judicial District Court; and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE